

# NUMBER 13-19-00475-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

BORAL USA AND BORAL INTERNATIONAL
HOLDINGS, INC.,                                                    Appellants,

v.

CRISTINA MOYEDA OSORIO, INDIVIDUALLY
AND AS NEXT FRIEND OF ARTURO OSORIO
(AN INCAPACITATED PERSON) AND
AS NEXT FRIEND OF B.O., A MINOR,                                   Appellees.

## On appeal from the County Court at Law No. 4
## of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Memorandum Opinion by Justice Tijerina**

Appellants filed an appeal from a judgment entered by the County Court at Law.

No. 4 of Nueces County, Texas, in cause number 2017CCV-60642-4. Appellants have

filed an amended motion to dismiss the appeal on grounds appellees filed a notice of nonsuit as to appellants with an agreement of the relevant parties which renders the appeal moot. The certificate of conference reflects that appellees are not opposed to the motion.

The Court, having considered the documents on file and appellants' amended unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' amended motion to dismiss is granted, and the appeal is hereby DISMISSED. There being no agreement in the motion regarding costs, pursuant to Rule 42.1(d) of the Texas Rules of Appellate Procedure, all costs are taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

JAIME TIJERINA,
Justice

Delivered and filed the
21st day of November, 2019.